UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| M.F., a minor by and through her guardian ad litem, CORINNA POLLY-CORTEZ<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE and DOES 1 TO 100,<br><br>Defendants. | No. 2:25-cv-03789-PA-AS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Honorable Percy Anderson<br>United States District Judge |

1  IT IS ORDERED that, pursuant to the separately filed Stipulation for Dismissal, this action is hereby dismissed with prejudice. Each party to bear its own costs, fees, and expenses.

IT IS SO ORDERED.

DATED: October 27, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1